**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | **No. 25-332-1** |
| **URIEL WILLIAMS** | : | |

**ORDER**

**AND NOW**, this **31st** day of **August 2026**, upon consideration of Defendant's Motion to Suppress Statements (ECF No. 47), it is hereby **ORDERED** as follows:

1. The Motion (ECF No. 47) is **DENIED,** as set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**