**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 25-CR-332-1** |
| **URIEL WILLIAMS** | : | |

**ORDER**

**AND NOW**, this **10th** day of **September 2026**, upon consideration of Defendant's Motion to Suppress Cell Phone Data (ECF No. 48), the Government's Response in Opposition to Defendant's Motion to Suppress Cell Phone Data (ECF No. 52), Defendant's Motion to Suppress Cell Phones Contents (ECF No. 58), and the Government's Response in Opposition to Defendant's Motion to Suppress Cell Phones Contents (ECF No. 64), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Suppress Cell Phone Data (ECF No. 48) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.
2. Defendant's Motion to Suppress Cell Phones Contents (ECF No. 58) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**